IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Michael A. Singleton, # 344630,<br>f.k.a Michael A. Singleton # 1081861,<br>Michael A. Singleton # 63483,<br><br>      Plaintiff,<br><br>vs.<br><br>The South Carolina Department of Corrections;<br>Kirkland R&E Institute; Warden Mackey,<br><br>      Defendants. | C/A No.: 2:11-676-TLW-BHH<br><br><br><br>ORDER |

  This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Bruce H. Hendricks, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Hendricks recommends that the defendants South Carolina Department of Corrections and Kirkland R&E Institute be dismissed without prejudice and without issuance and service of process. (Doc. # 17). The Report was filed on June 29, 2011. Plaintiff has filed no objections to the Report.

  This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of

1

the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 17),  and the defendants South Carolina Department of Corrections and Kirkland R&E Institute are **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

 s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**


August 2, 2011
Florence, South Carolina

2